198 So. 873
## STATE v. C. A. SANFORD and E. Moore.
### 6 Div. 778.

Supreme Court of Alabama.

Nov. 22, 1940.

R. G. Redden, of Vernon, for petitioners.

Thos. S. Lawson, Atty. Gen., and J. Edw. Thornton, Asst. Atty. Gen., for respondent.

708

BOULDIN, Justice.

Petition of C. A. Sanford and E. Moore, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of State v. Sanford et al., 29 Ala.App. 685, 198 So. 880.

Writ denied on authority of State v. V. C. May, ante, p. 235, 198 So. 624.

All the Justices concur.